IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY DALE RUSSELL, AIS # 112117, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )  CASE NO. 1:20-CV-634-WKW )  [WO] |
| WARDEN REOSHA BUTLER, in her individual and official capacities, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## **ORDER**

On March 24, 2023, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 70.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that Defendants' Motion for Summary Judgment, as supplemented, (Docs. # 34, 37) is GRANTED.

Final judgment will be entered separately.

DONE this 24th day of April, 2023.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE